**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOHN T. HOWARD,**

    **Plaintiff,**

**v.**                                            **Case No: 5:16-cv-497-Oc-PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

## ORDER

Before the Court is Plaintiff's motion for a forty-five day extension of time to file his memorandum. (Doc. 17). His counsel represents that counsel missed the December 19, 2016 deadline due to a retirement of a secretary and an illness that overtook counsel's office. Plaintiff represents that Defendant consents to this extension. Upon due consideration, the motion (Doc. 17) is **GRANTED** and Plaintiff may file his memorandum **on or before February 3, 2017**.

    **DONE** and **ORDERED** in Ocala, Florida on January 23, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties